DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA S. FERNANDEZ,**
Appellant,

v.

**ALTHEA ROBERTS, GARY WHYTE, CESAR LEON III** and
**FIRST INTERNATIONAL TITLE INC.,**
Appellees.

No. 4D18-1141

[March 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 50-2017-CA-002274-XXXX-MB.

Daniel Lustig, Michael J. Pike and Dominique J. Torsiello of Pike & Lustig, LLP, West Palm Beach, for appellant.

Carlos D. Lerman of Lerman & Whitebook, P.A., Hollywood, for appellees Althea Roberts and Gary Whyte.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***